IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON



FILED
OCT - 4 2005
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

TERRY R. DURBIN,

       Plaintiff,

v.                      Civil Action No: 2:05-CV-00086

API OUTDOORS, INC., and its parent or
successor corporation, OUTLAND SPORTS, INC.,
and its parent or successor corporation,
BASS PRO SHOP, and its parent or successor
corporation, and WAL-MART STORES, INC.,
a foreign corporation,

       Defendants.

### PLAINTIFF'S RULE 26(A) DISCLOSURES

COMES NOW PLAINTIFF, Terry R. Durbin, by counsel and would pursuant to the Federal Rules of Civil Procedure and this Court's Order file his 26(a) Disclosure:

**26(a)(A):** **The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjection of the information.**

Plaintiff verily believes that the following individuals may have discoverable information.

(1)  Treating physicians:

    1.  Jackson General Hospital
       Pinnell Street
       P.O. Box 702
       Ripley, WV 25271

    2.  Charleston Area Medical Center
       3200 MacCorkle Avenue, SE
       Charleston, WV 25304

    3.  Dr. James G. Gaal
       Route 1, Box 61B
       Ripley, WV 25271

    4.  WVU Physicians of Charleston
       1201 Washington Street, East
       Suite 208
       Charleston, WV 25301

    5.  Thoracic & Cardiovascular Associates, Inc.
       CAMC Medical Office Building, Suite 411
       3100 MacCorkle Avenue, SE
       Charleston, WV 25304

(2)  Terry Durbin
    1132 Flatwoods Road
    Ravenswood, WV 26164
    Plaintiff

(3)  Pamela Durbin
    1132 Flatwoods Road
    Ravenswood, WV 26164
    Plaintiff's wife

(4)  Thomas Rocklen
    1132 Flatwoods Road
    Ravenswood, WV 26164
    Plaintiff's son

(5)   Thomas Durbin
      Route 1, Box 38i
      Ravenswood, WV 26164
      Plaintiff's father

(6)   Pamela Patterson
      Route 1, Box 38i
      Ravenswood, WV 26164
      Plaintiff's sister

26(a)(B):   **A copy of, or a description by category and location of, all documents, data compilations, and tangible things that re in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

(1)   Tree stand

(2)   Medical and billing records

(3)   Employment records (salary)

26(a)(C):   **A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Plaintiff would verily advise that specific liquidated damages include medical bills for services provided to plaintiff in addition to lost wages and general damages for pain and

suffering. Plaintiff is seeking to assemble all documents relating to the liquidated portion of damages and will provide defendants copies of the same when fully assembled.

26(a)(D):   For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

None.

TERRY R. DURBIN
By Counsel

_____
HENRY E. WOOD, III, ESQUIRE
WOOD LAW OFFICE, L.C.
3818 MacCorkle Avenue
P.O. Box 4448
Charleston, WV  25364
WV State Bar No.: 4117

## CERTIFICATE OF SERVICE

I, Henry E. Wood, III, counsel for TERRY R. DURBIN, do hereby certify that I have served the foregoing, PLAINTIFF'S RULE 26(A) DISCLOSURES, by sending via facsimile and by mailing, postage prepaid, a true copy to the following address:

>James D. McQueen, Jr., Esquire
>Kelly C. Morgan, Esquire
>McQueen, Harmon & Murphy, L.C.
>P.O. Box 1831
>Charleston, WV 25327-1831
>Facsimile Number: 342-4277

Dated this 3 day of October, 2005.

_____
Henry E. Wood, III