IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

FILED
DEC - 1 2005
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

TERRY R. DURBIN,

        Plaintiff,

v.                      Civil Action No: 2:05-CV-00086

API OUTDOORS, INC., and its parent or
successor corporation, OUTLAND SPORTS, INC.,
and its parent or successor corporation,
BASS PRO SHOP, and its parent or successor
corporation, and WAL-MART STORES, INC.,
a foreign corporation,

        Defendants.

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

Comes now the plaintiff by counsel, Henry E. Wood, III, and does hereby designate its expert witnesses as follows:

At this time, plaintiff anticipates calling his treating physicians as expert witnesses:

1. Jackson General Hospital
   Pinnell Street
   P.O. Box 702
   Ripley, WV 25271

2. Charleston Area Medical Center
   3200 MacCorkle Avenue, SE
   Charleston, WV  25304

3. Dr. James G. Gaal
Route 1, Box 61B
Ripley, WV 25271

4. WVU Physicians of Charleston
1201 Washington Street, East
Suite 208
Charleston, WV 25301

5. Thoracic & Cardiovascular Associates, Inc.
CAMC Medical Office Building, Suite 411
3100 MacCorkle Avenue, SE
Charleston, WV 25304

TERRY R. DURBIN
By Counsel

_____
HENRY E. WOOD, III, ESQUIRE
WOOD LAW OFFICE, L.C.
3818 MacCorkle Avenue
P.O. Box 4448
Charleston, WV 25364
WV State Bar No.: 4117

## CERTIFICATE OF SERVICE

I, Henry E. Wood, III, counsel for TERRY R. DURBIN, do hereby certify that I have served the foregoing, PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES, by sending via facsimile and by mailing, postage prepaid, a true copy to the following address:

> James D. McQueen, Jr., Esquire
> Kelly C. Morgan, Esquire
> McQueen, Harmon & Murphy, L.C.
> P.O. Box 1831
> Charleston, WV 25327-1831
> Facsimile Number: 342-4277

Dated this 30th day of November, 2005.

_____
Henry E. Wood, III